IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA and ERIKA FENSTERMAKER,<br><br>    Defendants. | CIVIL ACTION NO. 3:13-CV-974<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE CARLSON) |

### ORDER

**NOW**, this 14th day of March, 2014, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 24) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The Report & Recommendation (Doc. 24) is **ADOPTED**.

(2)    Plaintiff's claim against the individual Defendant Erika Fenstermaker is **DISMISSED with prejudice**.

(2)    Plaintiff's claims proceed solely against the United States and solely under the Federal Tort Claims Act.

(3)    This matter is **RECOMMITTED** to Magistrate Judge Carlson.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge